☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Zilkha Biomass Selma LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 9 0 – 0 9 3 3 6 2 0 |

4. **Debtor's address**

**Principal place of business**

| | |
|---|---|
| 1256 | County Road 78 |
| Number | Street |

| | | |
|---|---|---|
| Selma | AL | 36703 |
| City | State | ZIP Code |

| |
|---|
| Dallas |
| County |

**Mailing address, if different from principal place of business**

| | |
|---|---|
| 1001 | McKinney Street Suite 1550 |
| Number | Street |

P.O. Box _____

| | | |
|---|---|---|
| Houston | TX | 77002 |
| City | State | ZIP Code |

**Location of principal assets, if different from principal place of business**

| | |
|---|---|
| | |
| Number | Street |

| | | |
|---|---|---|
| | | |
| City | State | ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.zilkhabiomass.com |

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3   3   3   1

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Zilkha Biomass Selma LLC
          _____          Case number (*if known*) _____
          Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
                                                MM / DD / YYYY

          District _____    When _____    Case number _____
                                                MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

          District _____    When _____
                                                                    MM / DD / YYYY

          Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  The Debtor owns an industrial mill that requires security personnel.

**Where is the property?** 1256        County Road 78
                          Number        Street

                          _____
                          Selma                              AL      36703
                          City                               State ZIP Code

**Is the property insured?**

☒ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

Case 21-20043    Doc 1    Filed 03/15/21    Entered 03/15/21 13:10:08    Desc Main
                          Document         Page 3 of 27

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 01 2021
               MM / DD / YYYY

X _Larry Price_                                    _LARRY T. PRICE_
Signature of authorized representative of debtor        Printed name

Title  CHIEF EXECUTIVE OFFICER

**18. Signature of attorney**

✖ _____     Date   3 / 0 5 / 2 0 2 1

Signature of attorney for debtor                    MM  / DD  / YYYY

Ryan Thompson

Printed name

Maynard, Cooper & Gale, P.C.

Firm name

1901 Sixth Ave. N. Suite 1700

Number     Street

Birmingham                            AL       35203

City                                     State     ZIP Code

(205) 254-1201                       rthompson@maynardcooper.com

Contact phone                             Email address

0847-A48T                                 AL

Bar number                             State

**WRITTEN CONSENT**
**IN LIEU OF A SPECIAL MEETING**
**OF THE BOARD OF MANAGERS AND MEMBERS OF**
**ZILKHA BIOMASS SELMA LLC**

**February 25, 2021**

The undersigned Board of Managers of Zilkha Biomass Selma LLC, a Delaware limited liability company (the "Company"), constituting all of the managers (the "Managers") of the Board of Managers of the Company (the "Board"), and the undersigned members (the "Members") of the Company, constituting all of the Members of the Company, do hereby consent to and approve the adoption of the following resolutions, without a meeting, in accordance with the provisions of the Amended and Restated Operating Agreement of the Company dated as of September 13, 2018 ("Operating Agreement"), and the Delaware Limited Liability Company Act (the "Act"), effective as of the date first set forth above, and direct the Secretary of the Company to place a copy of this written consent in the minute books of the Company:

1. **Resolution Authorizing the Company to Make a Voluntary Petition for Relief under the Provisions of Chapter 7 of Title 11 of the United States Code.**

NOW THEREFORE BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its Members, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for liquidation of assets (the "Chapter 7 Case") under the provisions of chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Alabama (the "Bankruptcy Court") or other court of competent jurisdiction; and

RESOLVED FURTHER, that each of Larry T. Price and Peter Graham (each, an "Authorized Officer" and collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents, and to take any and all action deemed necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course of operation of the Company's business.

2. **Resolution Authorizing the Retention of Professionals**

NOW THEREFORE, BE IT RESOLVED, that each of the Authorized Officers be, and hereby is, authorized, empowered, and directed to employ the law firm of Maynard, Cooper & Gale, P.C. ("Maynard") as the Company's counsel, to represent and assist the Company in commencing proceedings and carrying out its duties under the Bankruptcy Code and any such ancillary proceedings as may arise thereunder, and to take any and all actions to advance the Company's rights and remedies, including filing any pleadings; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized, empowered, and directed to

execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Maynard in accordance with applicable law.

RESOLVED FURTHER, that each of the Authorized Officers be, and hereby is, authorized, empowered, and directed to employ any other professionals or advisors to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of any other professionals or advisors as necessary, appropriate, or desirable, including, without limitation, special counsel to the extent determined necessary, appropriate, or desirable.

RESOLVED FURTHER, that the Authorized Officers be, and hereby are, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officers deem necessary, appropriate, or desirable in connection with the Company's Chapter 7 Case.

**3. Resolution Authorizing the Orderly Winding Up, Liquidation, and Dissolution of the Company**

RESOLVED FURTHER, that, upon the closing of the Chapter 7 Case, the Company shall be dissolved in accordance with the applicable provisions of the Operating Agreement and the Act. Thereafter, the Board and the Authorized Officers shall proceed to wind up the affairs of the Company in accordance with the applicable provisions of the Act and the Operating Agreement.

RESOLVED FURTHER, that, upon the closing of the Chapter 7 Case, each Authorized Officer be, and hereby is, authorized, empowered, and directed by the Board to, in the name and on behalf of the Company, to execute, deliver and file any documents necessary, appropriate or desirable for dissolving the Company, winding up the Company's affairs, and terminating the Company's existence in accordance with the Act, including, without limitation, a Certificate of Cancellation in the appropriate recording office.

**4. Miscellaneous**

RESOLVED FURTHER, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all other such agreements, certificates, instruments, and other documents and to pay all expenses, in each case as in such Authorized Officer's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby.

RESOLVED FURTHER, that the Members and the Board have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions,

as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

RESOLVED FURTHER, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, prior to the date of this consent on behalf of the Company be, and are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Members and the Board.

RESOLVED FURTHER, that, each of the Authorized Officers (and their designees and delegates) be and hereby is authorized and empowered to take all actions or to not take any action in the name of and on behalf of the Company with respect to the actions and transactions contemplated by these resolutions, in each case, as such Authorized Officer shall deem necessary, appropriate, or desirable in such Authorized Officer's reasonable business judgment as may be necessary, appropriate, or desirable to effectuate the purposes of the actions and transactions contemplated herein.

*[Remainder of page intentionally left blank]*

IN WITNESS WHEREOF, the undersigned Managers and Members of Zilkha Biomass Selma LLC have executed this written consent effective as of the date first written above.

**BOARD OF MANAGERS**

_Larry T. Price_

Larry T. Price, as Manager

_Peter Graham_

Peter Graham, as Manager

**MEMBERS**

ZILKHA BIOMASS FUELS I LLC
   a Delaware limited liability company

By: _Larry T. Price_

    Larry T. Price, Manager and
    Chief Executive Officer

ALABAMA INVESTMENT HOLDINGS, LLC
   a Delaware limited liability company

By: _Larry T. Price_

    Larry T. Price, Manager and
    Chief Executive Officer

_[Signature Page to Written Consent of the Board of Managers and Members of_
_Zilkha Biomass Selma LLC]_ 05793135.5

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: Zilkha Biomass Selma LLC

)
)
)
)
)

Case No.
Chapter: 7

Debtor(s)

<u>VERIFICATION OF OFFICIAL CREDITOR LIST (INITIAL OR SUPPLEMENTAL)</u>

☑ Original

☐ Amendment
    ☐ Adding    ☐ Deleting

    I hereby certify under penalty of perjury that the master mailing list of creditors attached and/or uploaded to the Electronic Case Filing System is true, correct and complete to the best of my knowledge.

    I further acknowledge that (1) the accuracy and completeness of the creditor list are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor list for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

    If you are amending a previously-filed list of creditors, attach a list of only the creditor being added or deleted and indicate below <u>only</u> the number of creditors being added or deleted.

_____ creditor(s) (or if amended, number of creditors added), as shown on attached list

_____ creditor(s) to be deleted, as shown on attached list

_____, President and CEO of Zilkha Biomass Selma, LLC
Debtor Signature              Joint Debtor Signature

_____
Signature of Attorney

Date *March 15, 2021*

*[Check if applicable]*

☒ Creditors with foreign addresses included

3S Team, LLC
Post Office Box 126
Rosedale, LA 70772

Adams, Bobby L.
11215 Iveydell Street
Fountain, FL 32437

AGRA Industries
1211 West Water Street
Merrill, WI 54452

AHR Metals, Inc.
20 Division Street
Bessemer, AL 35020

AHR Metals, Inc.
c/o Larry S. Logsdon
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, AL 35253

Air Hydro Power
Post Office Box 9001005
Department 200
Louisville, KY 40290-1005

Air Pro Heating & Air, LLC
161 Preserve Drive
Selma, AL 36701

Airgas USA, LLC – Dry Ice
Post Office Box 951873
Dallas, TX 75395-1873

Airgas USA, LLC
Post Office Box 734672
Dallas, TX 75373-4672

Al Hill's Boiler Sales & Repair, Inc.
Post Office Box 662
Theodore, AL 36590

Alabama Department of Environmental
Management
Post Office Box 301463
Montgomery, AL 36130

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36130

Alabama Machinery & Supply Co., Inc.
323 Bibb Street
Montgomery, AL 36104

Alabama Power Company
600 18th Street, North
Birmingham, AL 35203

Alabama State Port Authority
Post Office Box 1588
Mobile, AL 36633

Alabama State Port Authority
c/o Norman M. Stockman
Hand Arendall Harrison Sale, LLC
Post Office Box 123
Mobile, AL  36601

AMCREF Community Capital LLC
(AMCREX Fund XIX)
2525 Jena Street
New Orleans, LA 77115

Andritz
Post Office Box 123236
Department 3236
Dallas, TX 75312-3236

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673-1225

Applied Technical Services, Inc.
1049 Triad Court
Marietta, GA 30062

Arch Insurance
311 South Wacker Drive, Suite 3700
Chicago, IL  60606

AT&T – Dixie T1 Line
Post Office Box 5019
Carol Stream, IL 60197-5019

AWC, Inc.
Post Office Box 974800
Dallas, TX 75397-4800

AWC, Inc.
c/o Jon D. Totz
Totz, Ellison & Totz, P.C.
2211 Norfolk Street, Suite 510
Houston, TX  77098

Blake & Pendleton, Inc.
Department 0671
Post Office Box 850001
Orlando, FL 32885-0671

Brendle, Inc.
433 North Decatur Street
Montgomery, AL 36104

Briggs & Vaselka
901 S MoPac Expressway
Bldg. 2, Suite 450
Austin, TX 78746

Brownlee Morrow Company
7450 Cahaba Valley Road
Birmingham, AL 35242

Buhler
Post Office Box 9497
Minneapolis, MN 55440-9497

C. Terry Hunt Industries, Inc.
5426 Inner Perimeter Road
Valdosta, GA 31601

C. Terry Hunt Industries, Inc.
c/o Richard Brooke Lawson, III
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, AL 36102

Central Alabama Electrical Cooperative
103 Jess Samuel Hunt Blvd
Prattville, AL 36606

Central Alabama Farmers Cooperative
Post Office Box 1090
Selma, AL 36702

Central Alabama Farmers Cooperative
c/o John M. Gibbs and Matthew R. Sellers
Gibbs & Sellers
108 North Walnut Avenue
Demopolis, AL 36732

Certified Laboratories
Post Office Box 971269
Dallas, TX 75397-1269

Certified Laboratories
c/o David A. Hays
2927 North Avenida del Conejo
Tucson, AZ 85749

Chubb Insurance
10 Exchange Place
Jersey City, NJ 07302

Clean Harbors Environmental
Services, Inc.
Post Office Box 3442
Boston, MA 02241-3442

Control Southern, Inc.
Post Office Box 102363
Atlanta, GA 30368-2363

Cowin Equipment Co., Inc.
Post Office Box 10624
Birmingham, AL 35202-0624

Dallas County Tax Assessor
Post Office Box 987
Selma, AL 36702

Dana Transport, Inc.
Post Office Box 74286
Cleveland, OH 44194-4286

Demopolis Water Works & Sewer Board
Post Office Box 350
Demopolis, AL 36732

Demopolis Water Works & Sewer Board
c/o Woodford W. Dinning, Jr.
Lloyd & Dinning, LLC
501 North Walnut
Demopolis, AL 36732

Dorssers, Inc.
Post Office Box 940
Blenheim, ON  NOP 1A0

Durag, Inc.
1355 Mendota Heights Road, Suite 200
Saint Paul, MN 55120

Durr Megtec, LLC/Durr Systems, Inc.
5265 Reliable Parkway
Chicago, IL 60686

Dynamic Staffing, Inc.
1102 Woodward Avenue
Muscle Shoals, AL 35661

Dynamic Staffing, Inc.
c/o Wesley C. Redmond
Ford Harrison, LLP
420 20th Street, North, Suite 2560
Birmingham, AL 35203

Dyson Conveyor Maintenance, Inc.
Post Office Box 55727
Birmingham, AL 35255

Dyson Conveyor Maintenance, Inc.
c/o Rodney Nolen
Sirote & Permutt, P.C.
2311 Highland Avenue, South
Birmingham, AL 35205

E3 Environmental
Post Office Box 11407
Birmingham, AL 35246-5929

Edd Johnson & Associates, Inc.
Post Office Box 1117
Pelham, AL 35124

Endress + Hauser, Inc.
Post Office Box 78000
Detroit, MI 48278-0795

Enviro Management Co.
2607 Commerce Boulevard
Irondale, AL 35210

Environmental Pneumatics, Inc.
215 Bowers Road
Oakland, TN 38060

Fagus Grecon, Inc.
648-A Griffith Road
Charlotte, NC 28217

Fastenal
Post Office Box 1286
Winona, MN 55987-1286

Faulkner Industrial Maintenance
Company, Inc.
294 Merrywood Lane
Post Office Box 280
Sterrett, AL 35147

Ferguson Enterprises
c/o Clyde X. Copeland, III
Jernigan Copeland Attorneys, PLLC
P.O. Box 2249
Madison, MS 39130

Fil-Trek Corporation
55 Stafford Court
Cambridge, ON N1T 1B3

Fluid-Flow Products, Inc.
2108 Crown View Drive
Charlotte, NC 28227

Graham, Peter
c/o Maynard Cooper & Gale, P.C.
1901 6th Avenue, North, Suite 1700
Birmingham, AL 35203

Grainger, Inc.
Department 872719596
Post Office Box 419267
Palatine, IL 60038-0001

Guardian
Post Office Box 677458
Dallas, TX 75267-7458

Gulf Coast Marine Supply Company
Post Office Box 2088
Mobile, AL 36652

Hall Estill
c/o Richard Edmonson
7009 Greenshores Drive
Austin, TX  78730

Harold Beck & Sons, Inc.
11 Terry Drive
Newtown, PA 18940

Harris County Tax Assessor
P.O. Box 3547
Houston, TX 77253-3547

Harris, Lee E.
5002 Freeman Drive
Selma, AL 36703

Harville, Willie J.
505 County Road 49
Valley Grand, AL 36701

Hydrovac Industrial Services/EnviroVac
Post Office Box 1149
Savannah, GA 31402

Ideal Timber Co., Inc.
730 County Road 30
Sardis, AL 36775

Ideal Timber Co., Inc.
c/o John E. Pilcher and E. Elliott Barker
Pilcher & Pilcher, P.C.
28 Broad Street
Selma, AL 36702-1250

IEP Technologies
417-1 South Street
Marlborough, MA 01752

Industrial Cutting Tools, Inc.
Post Office Box 838
Quitman, GA 31643

Industrial Electric Motor Works, Inc.
Post Office Box 638
Marion, MS 39342

Industrial Turnaround Corporation
13141 North Enon Church Road
Chester, VA 23836

Industrial Turnaround Corporation
c/o Rickman E. Williams, III
Pitts, Williams & Jones
Post Office Box 527
Selma, AL 36702

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA  19101-7346

Intralinks, Inc.
Post Office Box 392134
Pittsburgh, PA 15251-9134

Irby
815 Irby Drive
Jackson, MS 39201

Jeffcoat, Gary
17455 FM 92 Road, South
Spurger, TX 77660

JOA Control Systems, Inc.
15694 Rio Blanco Trail
Moreno Valley, CA 92555

John King Chains USA, Inc. SC
New Climax Works
Lancaster Business Park
Sherburn-in-Elmet LS25 6NS UK

Johnson Controls Fire Protection, LP
4700  Exchange Court
Boca Raton, FL 33431

Johnson Controls Fire Protection, LP
c/o William B. Beckum and Brooke Davis
Beckum Law, LLC
3184 Cahaba Heights Road
Birmingham, AL 35243

Kaman Industrial Technologies
Post Office Box 402847
Atlanta, GA 30384-2847

King, Joseph
228 McDonald Avenue
Selma, AL 36701

KraftPowercon, Inc.
38 Duka Avenue
Fairfield, CT 06825

Kwok, Eddie
3227 Mesquite Drive
Sugar Land, TX 77479

KYOCERA Document Solutions
Alabama, LLC
2192 Parkway Lake Drive, Suite A
Birmingham, AL 35244

Lee, Howard
c/o Maynard, Cooper & Gale, P.C.
1901 6th Avenue, North, Suite 1700
Birmingham, AL 35203

Lundberg, LLC
13201 Bel-Red Road
Bellevue, WA 98005

M&S Contracting, LLC
2111 County Road 79
Billingsley, AL 36006

M&S Contracting, LLC
c/o Rickman E. Williams, III
Pitts, Williams & Jones
Post Office Box 527
Selma, AL 36702

Martin, James A.
1049 County Road 5
Jones, AL 36749

Martin, Sara C.
415 Martin Luther King Drive
Brent, AL 35034

Metro Trailer
100 Metro Parkway
Pelham, AL 35124

Metso Flow Control USA, Inc.
Department CH 19098
Palatine, IL 60055-9098

Mobile Mini, Inc.
4646 East Van Buren
Phoenix, AZ 85008

Mobile Mini, Inc.
c/o John R. Jones
6026 Remson Hollow Lane
Katy, TX 77494

Montgomery Rubber & Gasket Co., Inc.
2521 MidPark Road
Montgomery, AL 36109

NDC Technologies, Inc.
21545 Network Place
Chicago, IL 60673-1215

North Dallas Water
7590 Alabama Highway 22
Selma, AL 36701

Oil Recovery Company, Inc.
of Alabama
Post Office Box 1803
Mobile, AL 36633

Parker Towing Company, Inc.
1001 3rd Street
Northport, AL 35476

Parker Towing Company, Inc.
c/o Norman M. Stockman
Hand Arendall Harrison Sale, LLC
Post Office Box 123
Mobile, AL 36601

PLIC SBD Grand Island
Post Office Box 10372
Des Moines, IA 50306-0372

Precision Husky Corporation
Post Office Box 890620
Charlotte, NC 28289-0620

Prejean, Pamela
2712 Kingston Manor Lane
Houston, TX 77089

Price, Brett J.
Post Office Box 1329
West Point, VA 23181

Price, Larry T.
c/o Maynard, Cooper & Gale, P.C.
1901 6th Avenue, North, Suite 1700
Birmingham, AL 35203

Pritchett, Dwight L.
432 Gardner Road
Selma, AL 36703

Process Barron
Post Office 1607
2770 Welborn Street
Pelham, AL 35124

Process Machinery, Inc.
1316 State Docks Road
Decatur, AL 35601

R3L Engineering
Post Office Box 750
McCalla, AL 35111

Rawson, Inc.
2010 McAllister
Houston, TX 77092

Rivers, Sharon
3100 Lincoln Drive, Apartment 9F
Selma, AL 36701-6624

Robinson Fans, Inc.
Post Office Box 72541
Cleveland, OH 44192

Ross Plumbing Company
2708 Minter Avenue
Selma, AL 36703

Rubber & Specialties, Inc.
5011 Commerce Park Circle
Pensacola, FL 32505

S&S Haulers, LLC
25 Grandview Circle
Selma, AL 36703

S.C. Stagner Contracting, Inc.
12615 Celeste Road
Chunchula, AL 36521

Safety-Kleen Systems, Inc.
42 Longwater Drive
Post Office Box 9149
Norwell, MA 02061-9149

Salina Vortex Corp.
1725 Vortex Avenue
Salina, KS 67401

Salina Vortex Corp.
c/o Casey Parker
20 East Division Street
Dover, DE  19901

Satellite Shelters, Inc.
Post Office Box 860700
Minneapolis, MN 55486-0700

Scott Davis Chip Company, Inc.
1 Industrial Road
Brent, AL 35034

Securities and Exchange Commission
100 F Street, Northeast
Washington, DC 20549

Selcom
1605 West Highland Avenue
Selma, AL 36701

Setpoint Integrated
Solutions, Inc.
19011 Highland Road
Baton Rouge, LA 70809

SimplexGrinnell, LP
Department CH 10320
Palatine, IL 60055-0320

Simpson Machinery and Controls, LLC
211 East Franklin Street
Dalton, GA 30721

Smith Industrial Services, Inc.
2001 West I-65 Service Road North
Mobile, AL 36618

Southern Controls, Inc.
Post Office Box 210399
Montgomery, AL 36121-0399

Southern Pipe & Supply
PO Box 5738
Meridian, MS 39302

Spire
700 Market Street
St. Louis, MO  63101

Spire Alabama, Inc.
f/k/a Alagasco
Post Office Box 2224
Birmingham, AL 35295-0118

Store Room Fasteners, Inc.
600 North Eastern Boulevard
Montgomery, AL 36117-2216

Sunbelt Biomass-Selma, LP
1200 Corporate Drive, Suite 470
Birmingham, AL 35242

{05836394.1}

Sunbelt EB-5 Regional Center, LLC
4035 St. Charles Drive
Birmingham, AL 35242

Sunbelt Rentals, Inc.
Post Office Box 409211
Atlanta, GA 30384

Tecnico Corporation
831 Industrial Avenue
Chesapeake, VA 23324

Texas Department of Revenue
111 East 17th Street
Austin, TX  78774

The Sherwin-Williams Co.
Post Office Box 6027
Cleveland, OH 44101

Thompson Cat Rental
Post Office Box 934005
Atlanta, GA 31193-4005

Thompson Tractor Co., Inc.
2401 Pinson Highway
Birmingham, AL 35202

Thompson Tractor Co., Inc.
c/o E. Shane Black and Britley L. Brown
Hand Arendall Harrison Sale, LLC
102 South Jefferson Street
Athens, AL 35611

TIAA Commercial Finance, Inc.
P.O. Box 911608
Denver, CO 80291-1608

Trinity Consultants
Post Office Box 972047
Suite 2100
Dallas, TX 75397-2047

Trinova, Inc.
c/o Endress + Hauser
4485 Laughlin Drive, South
Mobile, AL 36693

Tuscaloosa Scale Company, Inc.
4050 Industrial Drive
Cottondale, AL 35453

Tuscaloosa Scale Company, Inc.
c/o Jane L. Calamusa and Nicole Hampton
Rosen Harwood, P.A.
Post Office Box 2727
Tuscaloosa, AL 35403

U.S. Attorney for the Southern District of
Alabama
63 South Royal Street, Suite 600
Mobile, AL 36602

UMB Bank, National Association
Attn: Julius R. Zamora
140 Broadway St., Ste. 4624
New York, NY  10005

UMB Bank, National Association
c/o Bill Kannel
Mintz Levin
One Financial Center
Boston, MA  02111

United Parcel Services, Inc.
Post Office Box 7247-0244
Philadelphia, PA 19170-0001

U.S. Securities and Exchange Commission
Regional Director, Branch of
Reorganization
950 East Paces Ferry N.E., Ste. 900
Atlanta, GA 30326-1382

Universal Environmental Services, LLC
411 Dividend Drive
Peachtree City, GA 30269

Uzelac Industries, Inc.
6901 Industrial Loop
Greendale, WI 53129

Wabash Power Equipment Company
444 Carpenter Avenue
Wheeling, IL 60090

Wabash Power Equipment Company
c/o Joseph L. Fogel and Tae Y. Kim
Freeborn
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Wabash Power Equipment Company
c/o Daniel Sparks and Bill Bensinger
Christian & Small, LLP
505 20th Street, North, Suite 1800
Birmingham, AL 35203

Wolseley Industrial Group
12500 Jefferson Avenue
Newport News, VA 23602

Wonderware West
601 Travis Street, #1850
Houston, TX 77002

World Thermal Service AB
Blommenhovsvägen 26
611 39 Nyköping
Sweden

Yokogawa Corporation of America
2 Dart Road
Newnan, GA 30265

Zee Company, Inc.
412 Georgia Avenue, Suite 300
Chattanooga, TN 37403

{05836394.1}

Case 21-20043    Doc 1    Filed 03/15/21    Entered 03/15/21 13:10:08    Desc Main
Document    Page 27 of 27