IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER |
| ZILKHA BIOMASS SELMA, LLC, | * | 21-20043 |
| | * | |
| Debtor(s). | * | |
| | * | |

## APPLICATION TO EMPLOY AUCTIONEER

The duly appointed Trustee in this case, Terrie S. Owens, moves this Court to permit her to employ Schneider Industries, Inc. as Broker and Auctioneer to market and sell Debtor's assets including but not limited to equipment, machinery, and inventory pursuant to 11 U.S.C. §§ 327(a) and 328 and would show as follows:

1. The above styled bankruptcy proceeding was filed on March 15, 2021. Terrie S. Owens is the duly appointed Chapter 7 Trustee.

2. The primary business activity of Zilkha Biomass Selma, LLC is the manufacturing of black pellets for the biomass energy market. The location of production is the plant located at 1256 County Road 78 Selma, Alabama 36703.

3. Currently, the assets of the Debtor's Estate includes equipment, inventory, machinery, silos and other personalty located at 1256 County Road 78 Selma, Alabama 36703. Debtor's counsel is currently preparing the schedules and Dan Rosenthal with Schneider is currently planning an inspection of the plant for the week of March 30, 2021. Debtor's counsel has provided the Trustee with a preliminary list of property of the Debtor. The Debtor does not own the real estate located at 1256 County Road 78 Selma, Alabama 36703.

4. The pellet manufacturing industry is a specialized industry with its own markets, submarkets, terminology and industry participants. Schneider has over 20 years of experience

marketing and selling manufacturing, plant facilities and equipment. Schneider provides a wide variety of asset disposition services including creating and implementing marketing plans domestically and internationally using most all forms of media. Due to its experience selling assets in the manufacturing and industrial plant space, specifically including the wood pellet mill space, Schneider has an extensive buyer base and network, including potential purchasers that are specifically interested in the Debtor's highly-specialized Assets.

5. Schneider has obtained a $5,000,000 bond payable to the United States Government and maintains the necessary and required insurance to sell the Assets, whether through an private sale or auction. The Trustee believes that Schneider is well qualified to serve as auctioneer to sell the Assets for the Debtor's Estate. The proposed Auction Agreement by and between the Trustee and Schneider.

6. The professional services that Schneider will render include, but are not limited to the following:

>  a. Conduct the two phase marketing and sale process as described herein;
>  b. Inspect and catalog the Assets;
>  c. Prepare a marketing plan for the sale of the Assets;
>  d. Market the sale of the Assets to prospective and potential purchasers domestically and internationally, using internet, email, print, telemarketing, or other forms of media;
>  e. Market the sale of the Assets to Schneider's existing prospective buyer and client list;
>  f. To the extent necessary, prepare the Assets for sale;
>  g. Facilitate responses to due diligence requests of potential, bona-fide purchasers some or all of the Assets;
>  h. Facilitate the closing of a private sale of all the Assets or major systems of the Assets;
>  i If necessary, conduct an auction of the Assets or Assets that remain following a private sale(s);
>  j. Facilitate the removal of and delivery of Assets sold; and
>  k. Collect or facilitate the collection of the proceeds from the sale of the assets;
>  l. Provide onsite security at 1256 County Road 78 Selma, Alabama 36703.

7. Schneider, at its own initial expense will pay the expenses associated with the above referenced professional services along with any other expenses necessary or proper to market and sell the assets. Schneider will be reimbursed in an amount up to $7500.00 for all services listed in paragraph 6 above with the exception of the security expense. Schneider at its own initial expense will pay for the security necessary to protect and preserve Estate assets located at located at 1256 County Road 78 Selma, Alabama 36703 with this expense to be reimbursed by the estate separate and apart from the $7500.00 in an amount of be determined.

8. The Trustee anticipates selling the Assets free and clear of all liens, claims, or encumbrances with the any valid security interest, lien or encumbrance to attach to the sale proceeds including but not limited to any liens and security interests held by UMB Bank National Association as Bond Trustee.

9. To the best of the Trustee's knowledge, and based on the declaration of Dan Rosenthal attached hereto as an Exhibit, Schneider is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. Based upon the declaration of Dan Rosenthal , Schneider does not hold any interest adverse to the Trustee or the Debtor and is not owned or controlled or have an interest in Creditors of the Bankruptcy Estate.

10. The Trustee proposes to sell the Assets pursuant to the terms of the Schneider Auction Agreement. The Trustee requests approval of the terms of the Schneider Agreement pursuant to section 328(a) of the Bankruptcy Code. Under the terms of the Schneider Agreement, Schneider will charge a 7.5% commission to the estate and a 15% Buyer's Premium against the successful price or bid. In the event of an internet auction Schneider will charge a 3% Buyer's Premium.

11. Gross sale proceeds from the sale of the Assets must be turned over to the Trustee on an immediate basis and, in no event, will Schneider hold Asset sales proceeds beyond thirty days following any Asset sale. The Trustee will be authorized to disburse the buyer's premium following receipt of an accounting, receipt of the gross sale proceeds and Bankruptcy Court approval.

12. The Trustee believes that Schneider's employment is in the best interest of the Debtor's Estate and that the terms and conditions of the Schneider Agreement are fair and reasonable.

13. To the best of the Trustee's knowledge and based on the Rosenthal Declaration, there are not arrangements between Schneider and any other entity to share compensation received or to be received in connection with this case and the sale of the Assets, other than as permitted under section 504(b)(1) of the Bankruptcy Code.

WHEREFORE the Trustee request the Court enter an order granting this Motion and authorizing the Trustee to retain Schneider pursuant to the terms set forth in the Schneider Agreement; and grant the Trustee such other relief as to which he is justly entitled.

/s/ Terrie S. Owens
TERRIE S. OWENS
Chapter 7 Trustee / Attorney
Post Office Box 2536
Daphne, Alabama 36526
(251) 441-9237

## CERTIFICATE OF SERVICE

I, the undersigned, do certify that on the **25th** day of March 2021 a true and correct copy of the above and foregoing motion was filed electronically and served on the following via electronic mail:

Clyde X. Copeland, III on behalf of Creditor FERGUSON ENTERPRISES, INC.
**ccopeland@jcalawfirm.com**,
**sswinford@jcalawfirm.com;pwinkler@jcalawfirm.com;jbryan@jcalawfirm.com;mkeup@jcalawfirm.com;mdraper@jcalawfirm.com;abingham@jcalawfirm.com**

Paul H. Greenwood on behalf of Creditor Claimant UMB Bank, National Association
**pgreenwood@balch.com**

R. Brooke Lawson, III on behalf of Creditor C. Terry Hunt Industries, Inc.
**brooke.lawson@chlaw.com**

Evan Nicholas Parrott on behalf of Debtor 1 Zilkha Biomass Selma LLC
**eparrott@maynardcooper.com**, **eparrott@maynardcooper.com**

Ryan David Thompson on behalf of Debtor 1 Zilkha Biomass Selma LLC
**rthompson@maynardcooper.com**, **prudloff@maynardcooper.com**

Jesse S. Vogtle, Jr on behalf of Creditor Claimant UMB Bank, National Association
**jvogtle@balch.com**

 

/s/ Terrie S. Owens
TERRIE S. OWENS