## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................. $ **1.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... $ **224,252.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. $ **224,253.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **81,776,829.61**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................ $ **13,620.77**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **2,557,405.59**

4. **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $ **84,347,855.97**