**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-20043 | HAC | Judge: | Henry A. Callaway | Trustee Name: | Terrie S. Owens |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Zilkha Biomass Selma Llc | | | | Date Filed (f) or Converted (c): | 03/15/2021 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/2021 |
| For Period Ending: | 09/01/2021 | | | | Claims Bar Date: | 08/23/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| . No Assets To Report | | | | 0.00 | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $0.00      $0.00      $0.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/1/21 auctioneer employed for sale of assets

Initial Projected Date of Final Report (TFR):      Current Projected Date of Final Report (TFR):

Trustee Signature:      /s/ Terrie S. Owens      Date: 09/01/2021

Terrie S. Owens
P.O. Box 2536
Daphne, AL  36526
(251)441-9237
towenstrustee@irvingrodskypc.com