**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 21-20043 HAC | Judge: Henry A. Callaway | Trustee Name: | Terrie S. Owens |
| Case Name: | Zilkha Biomass Selma Llc | | Date Filed (f) or Converted (c): | 03/15/2021 (f) |
| | | | 341(a) Meeting Date: | 04/16/2021 |
| For Period Ending: | 08/29/2022 | | Claims Bar Date: | 08/23/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Insurance Premium Reimbursement (u) | 0.00 | 391.70 | | 391.70 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00     $391.70     $391.70     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/1/21 auctioneer employed for sale of assets

2/23/22 employment of special counsel pending

8/29/22 special counsel employed

Initial Projected Date of Final Report (TFR): 04/30/2023     Current Projected Date of Final Report (TFR): 04/30/2023

Trustee Signature:     /s/ Terrie S. Owens     Date: 08/29/2022

Terrie S. Owens
P.O. Box 2536
Daphne, AL 36526
(251)441-9237
towenstrustee@irvingrodskypc.com