# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 21-20043
Case Name: Zilkha Biomass Selma Llc
Taxpayer ID No: XX-XXX3620
For Period Ending: 09/01/2022

Trustee Name: Terrie S. Owens
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1344
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/21 | 1 | Health Care Service Corporation | Insurance premium reimbursement | 1229-000 | $391.70 | | $391.70 |
| 05/03/22 | | Schneider Industries, Inc. | Auction of Property court order doc 102; 6/29/21 | 1129-000 | $2,637,797.64 | | $2,638,189.34 |
| 05/11/22 | 4001 | International Sureties, LTD. 701 Poydras Steet Suite 420 New Orelans, LA 70139 | Bond Number 016235639 | 2300-000 | | $6,000.00 | $2,632,189.34 |
| 06/16/22 | 4002 | North Dallas Water Authority 7590 Al Hwy 22 Valley Grande, AL 36701 | Administrative expense court order dated 6/15/22 doc 223 | 2410-000 | | $22,520.79 | $2,609,668.55 |
| 08/19/22 | | Schneider Industries, Inc | Auctioneer court order dated 6/15/22 document 223 | 3610-000 | | $677,257.46 | $1,932,411.09 |
| 08/19/22 | 4003 | RSO Services, Inc. P.O. Box 575 Niceville, FL 32588 | Removal of Radioactive Sensors Plant Site Court order 7/29/22 doc 307 | 2100-000 | | $64,715.00 | $1,867,696.09 |
| 08/24/22 | | UMB Bank, NA | Payment to Secured Creditor Court order 7/29/22 doc 307 | 4110-000 | | $1,600,647.01 | $267,049.08 |
| 09/01/22 | | Schneider Industries Inc. | Adminstrative Expense Auctioneer court order 8/18/22 doc 312 | 3610-000 | | $64,645.50 | $202,403.58 |
| 09/01/22 | 4004 | Alabama State Port Authority Attb: Kelly Sims, Real Estate P.O. Box 1588 Mobile, AL 36633 | Administrative expense court order 307; 7/29/22 | 2410-000 | | $10,459.04 | $191,944.54 |
| 09/01/22 | 4005 | Larry Price 1400 McKinney Street Unit 3604 Houston, TX 77010 | Administrative expense court order 7/29/22 doc 307 | 2100-000 | | $5,419.60 | $186,524.94 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $2,638,189.34 | $2,451,664.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,638,189.34 | $2,451,664.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals | $2,638,189.34 | $2,451,664.40 |

| | | |
|---|---|---|
| Net | $2,638,189.34 | $2,451,664.40 |
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1344 - Checking | $2,638,189.34 | $2,451,664.40 | $186,524.94 |
| | $2,638,189.34 | $2,451,664.40 | $186,524.94 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,638,189.34 |
| Total Gross Receipts: | $2,638,189.34 |

Trustee Signature: /s/ Terrie S. Owens Date: 09/01/2022

Terrie S. Owens
P.O. Box 2536
Daphne, AL 36526
(251)441-9237
towenstrustee@irvingrodskypc.com

Page Subtotals: $0.00 $0.00